IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez

Criminal Action No. 11-cr-00373-WJM-01

UNITED STATES OF AMERICA,

    Plaintiff,
v.

1. CONARD KERN,

    Defendant.

---

**ORDER GRANTING GOVERNMENT'S REQUEST FOR MORE SPECIFICITY
AND RESETTING EVIDENTIARY HEARING ON
DEFENDANT'S MOTION TO SUPPRESS**

---

On December 12, 2011, Defendant Conard Kern filed a Motion to Suppress Statements and Evidence and a Motion for Hearing. (ECF No. 30 & 31.) The Court granted Defendant's Motion for Hearing and set an evidentiary hearing on the Motion to Suppress for January 11, 2012. (ECF No. 34.)

In its response to the Motion to Suppress, the Government responded to Defendant's specific allegation that his statement was taken in violation of his *Miranda* rights. (ECF No. 35 at 1-2.) However, with respect to the rest of the Defendant's Motion, the Government "requests that the Defendant be required to supplement the motion with a more particular identification of the evidence to be suppressed and the legal basis for suppression." (ECF No. 35 at 3.) The Government claims that it could then provide a more focused response.

The Court has reviewed Defendant's Motion to Suppress and agrees with the Government that it is too broad and cursory to allow the Government to respond meaningfully. Accordingly, the Court ORDERS Defendant to file a supplemental motion to suppress that includes a more detailed description of the precise evidence sought to be suppressed and the legal basis for such suppression. Defendant's supplemental motion to suppress shall be filed no later than **January 6, 2012**. The Government's response to the supplemental motion to suppress shall be filed by **January 13, 2012**. No reply will be permitted.

Because the Court is ordering additional briefing on the Motion to Suppress, the evidentiary hearing must be rescheduled. The Court's January 11, 2011 evidentiary is VACATED and RESET to commence at 9:00 a.m. on **January 23, 2012** in Courtroom A801. Counsel is advised to consult the undersigned's practice standards regarding exhibit binders and other related topics before the evidentiary hearing.

Dated this 29th day of December, 2011.

BY THE COURT:

William J. Martinez
United States District Judge